**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Siana Oil & Gas Co., LLC v. White Oak Operating Company LLC

Appellate case number:    01-21-00721-CV

Trial court case number:   2015-45224

Trial court:                        164th District Court of Harris County

On September 16, 2022, Michael J. Blanchard and the Butch Boyd Law Firm, attorney of record for appellant, Siana Oil and Gas Co., LLC, filed a "Motion to Withdraw and to Substitute Counsel and Designation of New Lead Counsel to Appellant Siana Oil and Gas Co., LLC."[1]  The motion does not comply with Texas Rule of Appellate Procedure 6.5(b).  That is, the motion does not state it was "delivered to the party in person or mailed–both by certified and by first-class mail–to the party at the party's last known address."  Accordingly, the motion is **denied** without prejudice to refiling.  *See* TEX. R. APP. P. 6.5 (b).

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                          Acting individually


Date:  September 27, 2022

---

[1]        We note that counsel for appellees has not agreed to this motion.  *See* TEX. R. APP. P. 10.1(a)(5).